1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **CENTRAL DISTRICT OF CALIFORNIA**
10

11   EDWARD MCCARTER,              )   Case No. SACV 08-557-MMM (JWJ)
                                   )
12                Petitioner,      )       ORDER ADOPTING
                                   )       REPORT AND
13        vs.                      )   RECOMMENDATION OF
                                   )       UNITED STATES
14   VINCENT GUARINI, Warden,      )   MAGISTRATE JUDGE
                                   )
15                Respondent.      )
                                   )
16   _____)

17

18        Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant
19   Petition and other papers along with the attached Report and Recommendation
20   of the United States Magistrate Judge, and has made a <u>de</u> <u>novo</u> determination of
21   the Report and Recommendation.  Further, the Court has engaged in a de novo
22   review of those portions of the Report to which Petitioner has objected.  The
23   Court concurs with and adopts the conclusions of the Magistrate Judge.
24        IT IS ORDERED that a Judgment be entered dismissing the instant Petition
25   for Writ of Habeas Corpus with prejudice as barred by the statute of limitations.
26   ///
27   ///
28   ///

1        IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of

2   this Order and the Judgment of this date on petitioner.

3

4   DATED: March 13, 2009

5

6   _____

7           MARGARET M. MORROW
        United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28