# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MCCARTER,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>VINCENT GUARINI, Warden,<br><br>　　　　　Respondent. | Case No. SACV 08-557-MMM (JWJ)<br><br>JUDGMENT |

　　　Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

　　　IT IS ADJUDGED that Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus with prejudice as barred by the statute of limitations.

DATED: March 13, 2009

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　　United States District Judge